COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          Kennard Law, P.C. v. Linda  Patton

Appellate case number:    01-22-00305-CV

Trial court case number:    15-DCV-226125A

Trial court:                          400th District Court of Fort Bend County

On May 18, 2022, appellee, Linda Patton, filed "Appellee's First Opposed Motion to Dismiss and Motion for Damages & Sanctions."  Also, on May 23, 2022, appellee filed "Appellee's First Opposed Motion to Dismiss and Motion for Damages & Sanctions."  The motions are **denied**.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                                         Acting individually


Date:  June 14, 2022